IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

CAROLINE Amos — Plaintiff

Vs — 3:24-cv90-TSL-RPM

ARON MD, JAMES LAVERT — Defendant

[FILED stamp: SOUTHERN DISTRICT OF MISSISSIPPI, FEB 13 2024, ARTHUR JOHNSTON, BY _____ DEPUTY]

## Complaint

Comes Now, plaintiff CAROLINE Amos, pro se, and for cause of action against the defendant, ARON MD, JAMES LAVERT, would state:

## Jurisdiction

Plaintiff is an adult resident citizen of the County of Hinds, State of Mississippi. The defendant ARON MD, JAMES LAVERT is an adult resident citizen to Hinds, Stat of Mississippi.

## Facts

On or about June 14, 2021, I Caroline Amos, the plaintiff went to St. Dominic Hospital Emergency Room, located at 969 Lakeland Drive, Jackson, Mississippi 39216. The reason I went was because my finger was blistered and a ring was stuck on it. I had 5 (five) rings on the middle finger of my left hand, the top ring was stuck.

I was checked in, then Dr. Lavert came in to remove the ring. All Defendant Dr. Lavert had to do was remove the first ring and the other rings would have come right off. Dr. Lavert did not use a machine, he had a small hand saw. And, instead of starting from the top he started sawing from the inside-bottom. He sawed all of the rings and my hand.

While he was sawing, I told him I could feel it, and asked if he would give me something to stop the pain. He did not answer. The pain was very bad and I told him I could feel it and it was hurting me, Dr. Lavert told me wait a minute. I told him I was in pain at least 3 (three) times before I started bleeding. Dr. Lavert did not stop after he saw me bleeding. He continued cutting until blood got on him, then he asked if I have A.I.D.S. And continued cutting.

When Dr. Lavert, finally, removed the rings he had cut all of my rings. He took my rings and I never got any of them back.

I lost all movement in my finger. I have gone through multiple surgeries. The finger will not bend at all. It was stuck pointing and after about 4 (four) surgeries the Doctor got it to bend. Now it cannot straighten. I

have broken my foot multiple times because I cannot hold things. I suffer constant anxiety from the loss of my finger.

Dr. Howell is the surgeon that provided plastic surgery for my hand. When he and his staff saw my hand, they could not believe a doctor had done it. He completed the final surgery February 17, 2022, I cannot use my finger.

## Relief

I am asking 3,000,000 $ for pain suffering and anxiety, and 2,000,000$ punitive damages against the defendant.

Respectfully Submitted, this the 6th day of February 2024.

Caroline Amos
5016 Hwy 80 West
Jackson, Ms 39209
(601) 488-7956