U.S. District Court
501 E. Court St.
Jackson, MS 39201

Clerk Noblin,

    These are 2 (two) seperate complaints.

                          Roger Johnson
                          5016 Hwy 80 W
                          Jackson, MS 39209