ROGER C. JOHNSON
5016 HWY 80 West
Jackson, Ms 39209




RECEIVED
FEB 13 2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

U.S. District Court
501 E. Court Street
Jackson, Ms 39201